SILVEY & COMPANY *et al. v.* HAWKINS.

LITTLE, J. There was no error in any of the rulings of the trial judge of which complaint was made. The newly discovered evidence was cumulative as to the bona fides of the parties to the contract for the sale of the goods, and there was evidence which sustained the verdict. It was not, therefore, error to overrule the motion for a new trial.    *Judgment affirmed. All the Justices concurring.*

Argued October 9, — Decided November 2, 1899.

Action for damages. Before Judge Harris. Troup superior court. January 21, 1899.

*D. J. Gaffney, W. A. Post,* and *J. H. Pitman,* for plaintiffs in error. *Longley & Longley,* contra.